IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTINA M. WILLIAMSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV218 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNIFUND CCR PARTNERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Motion for Extension of Time in Which to Oppose Plaintiffs' Class Certification Motion (Filing No. 43).  The defendants filed a brief (Filing No. 44) and an index of evidence (Filing No. 45) in support of the motion. The plaintiffs filed brief (Filing No. 50) and an index of evidence (Filing No. 51) in response. The court held a telephonic hearing with counsel for the parties on December 1, 2008. After the discussion with counsel, the court finds good cause exists for an extension of the defendants' response time as set forth below.  Upon consideration,

**IT IS ORDERED:**

1. The defendants' Motion for Extension of Time in Which to Oppose Plaintiffs' Class Certification Motion (Filing No. 43) is granted as set forth below.

2. The defendants have **until February 20, 2009**, to file a response to the plaintiffs' Motion for Class Certification (Filing No. 37).

3. The plaintiffs have **until March 13, 2009**, to file a reply in support of their Motion for Class Certification (Filing No. 37).

DATED this 1st day of December, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge