# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHRISTINA M. WILLIAMSON and GALIN R. BROWN,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV218 |
| vs. | ) ) | ORDER |
| **UNIFUND CCR PARTNERS, DEAN J. JUNGERS, ZB LIMITED PARTNERS, and CREDIT CARD RECEIVABLES FUND, INC.,** | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel on January 12, 2009. Based upon discussions with counsel,

**IT IS ORDERED:**

1. Defendants Unifund CCR Partners, Credit Card Receivables Fund, Inc., and ZB Limited Partners' Motion for Leave to Amend Answer to Complaint (Filing No. 59) is granted. The Amended Answer shall be filed **on or before January 21, 2009.**

2. A planning conference to schedule this matter to trial shall be scheduled following the ruling on the pending motion for class certification. Plaintiffs shall arrange and initiate a telephone conference with the undersigned magistrate judge and all counsel within ten working days of the ruling on the Motion for Class Certification (Filing No. 37).

DATED this 12th day of January, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge