## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTINA M. WILLIAMSON and GALIN R. BROWN, | ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV218 |
| vs. | ) ) | ORDER |
| UNIFUND CCR PARTNERS, et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Stipulation for Order Setting Post-Class Proposed Settlement Scheduling Deadlines (Filing No. 83).  The parties stated they have entered into a tentative class wide settlement.  The parties propose a schedule for compliance with the requirements contained in Fed. R. Civ. P. 23.  The court notes this case has not yet been certified as a class.  Upon consideration,

**IT IS ORDERED:**

1.      The parties shall file a stipulation outlining support for granting the plaintiffs' Motion for Class Certification (Filing No. 37), or creating a settlement class, provisionally or otherwise, in accordance with Fed. R. Civ. P. 23(c)(1) **on or before June 1, 2009**.

2.      The parties' Stipulation for Order Setting Post-Class Proposed Settlement Scheduling Deadlines (Filing No. 83) is adopted as follows:

   a.      The parties shall have **until May 15, 2009**, to finalize a fully executed settlement agreement.

   b.      The parties shall have **until June 1, 2009**, to file a motion for preliminary approval of the settlement agreement.  A hearing will be scheduled thereafter, if necessary.

   c.      A preliminary hearing will be held on the parties' motion **on June 25, 2009, at 8:30 a.m.**, before the Honorable Joseph F. Bataillon, in Courtroom 3, Third Floor, Roman L. Hruska Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3.      Subsequent deadlines will be established if preliminary approval of the settlement agreement and class certification are granted.

DATED this 21st day of April, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge